**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ULISES RAMOS-VILLALOBOS,<br>aka "Chino,"<br><br>Defendant. | ) | 2:12-CR-468-GMN-(GWF) |

## PRELIMINARY ORDER OF FORFEITURE

On April 1, 2013, defendant ULISES RAMOS-VILLALOBOS pled guilty to Counts One and Three of a Three-Count Criminal Indictment charging him in Count One with Possession of a Controlled Substance with Intent to Distribute in violation of Title 21, United States Code, Section 841(a)(1) and in Count Three with Illegal Alien in Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(5)(A). Criminal Indictment, ECF No. 11; Plea Agreement, ECF No. 22.

This Court finds defendant ULISES RAMOS-VILLALOBOS agreed to the forfeiture of the property set forth in the Forfeiture Allegations of the Criminal Indictment and in the Plea Agreement. Criminal Indictment, ECF No. 11; Plea Agreement, ECF No. 22.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the

. . .

1  Criminal Indictment and agreed to in the Plea Agreement and the offense to which defendant ULISES
2  RAMOS-VILLALOBOS pled guilty. Criminal Indictment, ECF No. 11; Plea Agreement, ECF No.
3  22.
4        The following assets are subject to forfeiture pursuant to Title 21, United States Code, Section
5  853(a)(2); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section
6  2461(c); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United
7  States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1) and Title 28, United
8  States Code, Section 2461(c):
9        1.    a 9mm Beretta, semiautomatic handgun, bearing serial number BER4559342;
10           and
11       2.    any and all ammunition ("property").
12     This Court finds the United States of America is now entitled to, and should, reduce the
13 aforementioned property to the possession of the United States of America.
14     NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
15 United States of America should seize the aforementioned property.
16     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
17 ULISES RAMOS-VILLALOBOS in the aforementioned property is forfeited and is vested in the
18 United States of America and shall be safely held by the United States of America until further order
19 of the Court.
20     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
21 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
22 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
23 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
24 the name and contact information for the government attorney to be served with the petition, pursuant
25 to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
26 . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

**DATED** this 2nd day of April, 2013.

_____
Gloria M. Navarro
United States District Judge