

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) 2:12-CR-468-GMN-(GWF) |
| ULISES RAMOS-VILLALOBOS, aka "Chino," | ) ) ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT ULISES RAMOS-VILLALOBOS, aka "Chino"

On April 2, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853(a)(2); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant ULISES RAMOS-VILLALOBOS, aka "Chino" to the United States of America. Criminal Indictment, ECF No. 11; Change of Plea Minutes, ECF No. 21; Plea Agreement, ECF No. 22; Preliminary Order of Forfeiture, ECF No. 24.

. . .

. . .

. . .

. . .

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture (ECF No. 24) is final as to defendant ULISES RAMOS-VILLALOBOS, aka "Chino".

DATED this 25 day of July 2013.

_____
UNITED STATES DISTRICT JUDGE